Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

RECEIVED
JAN 2 5 2023
BY MAIL

# UNITED STATES DISTRICT COURT
for the
__Eastern__ District of __Missouri__
__Eastern__ Division

Case No. _____
*(to be filled in by the Clerk's Office)*

__Dexter L. McKinnies__
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

__Robert McCulley, David L. Vincent III__
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Dexter L. McKinnies
- Address: 20 Justice Drive
  - City: Ullin
  - State: IL
  - Zip Code: 62992
- County:
- Telephone Number: 618-845-3512
- E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Circuit Attorney General Robert McCulley
- Job or Title (if known): Circuit Attorney General
- Address: 105 S. Central Ave
  - City: St. Louis
  - State: MO
  - Zip Code: 63105
- County: St. Louis
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity  [X] Official capacity

**Defendant No. 2**
- Name: David Lee Vincent III
- Job or Title (if known): Judge
- Address: 105 S. Central Ave
  - City: St. Louis
  - State: MO
  - Zip Code: 63105
- County: St. Louis
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity  [X] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  |  |  |  |
  | --- | --- | --- |
  | City | State | Zip Code |

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  |  |  |  |
  | --- | --- | --- |
  | City | State | Zip Code |

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   See attachment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**II.     Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S Constitution, Fifth Amendment
U.S Constitution, Sixth Amendment
U.S Constitution, Fourteenth Amendment
Missouri Constitution Article Section 1, 2, 13, 14, 16
V.A.M.S 211.071.9 - 211.071.10
RSMO 487.030.2

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Missouri Attorney Generals Office prosecuted plaintiff for crimes allegidly committed while plaintiff was of 16 years of age without a proper "Motion to Dismiss Juvenile to be prosecuted under the General Law". Circuit Judge sentence plaintiff to 18 year in the Department of corrections with out adjudicating a crime in which court vested jurisdiction over. Defendant held plaintiff in an adult institution while plaintiff was of 16 years of age.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Division 9 In the Circuit courts of St Louis Courts

B. What date and approximate time did the events giving rise to your claim(s) occur?

August 14, 2006, October 8, 2008, December 19, 2008

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff was held in custody for crimes allegedly committ at the age of 16. St. Louis County Circuit Attorney General commence to prosecute plaintiff for crimes allegedly Committed at the age of 16 with a proper Certification not being done. Circuit Court Judge sentenced Plaintiff to 18 years in the Department of correction without adjudicating Plaintiff for crimes in which courts vested Jurisdiction over first. Plaintiff Served 13 years In prison due to the illegal and wrongful prosecution from these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non--Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was the victim of sexual assaults while being incarcerated for the 13 years. I could not tell any one due to possible assaults occuring again. I suffered mental health problems and was treated for PTSD, Anxiety

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff is asking for the sum of $6,980,125.00 for the physical and mental pain suffered within the 13 years imprisoned. This sum includes the amount is asking for from the 13 years plaintiff served illegally and the wrongful prosecution. Plaintiff is asking that the charges be exspunged from Plaintiff crimial record.
All fee's be paid by the defendants.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1.18.2023

Signature of Plaintiff

Printed Name of Plaintiff: Dexter L. McKinnies

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____

_____ City _____ State _____ Zip Code

Telephone Number _____
E-mail Address _____