Dexter McKinnies
Pulaski County Detention Center
20 Justice Drive
Ullin, IL 62992



St. Louis Federal Courts
111 S. 10th St.
St. Louis, Mo 63102

RECEIVED
JAN 25 2023
BY MAIL